# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

| | |
|---|---|
| Case No. CR18-466 DSF | Date March 25, 2019 |

Present: The Honorable **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

Interpreter N/A

| Stephen Montes Kerr | Pat Cuneo | Lindsay M. Bailey |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (12) Gustavo Cortez Saucedo | √ | | √ | Anthony Solis | √ | √ | |

**Proceedings:** ENTRY OF GUILTY PLEA (Held and Completed)

√   Defendant moves to enter a guilty plea to an Indictment.

√   Defendant sworn.

√   Defendant enters new and different plea of GUILTY to Count Five.

√   The Court advises defendant of his Constitutional rights and questions the defendant regarding the plea of GUILTY.  The Court FINDS there is an independent factual basis for the plea and further FINDS the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights.  The Court accepts the plea and orders that the plea be entered.

√   The Court refers the defendant to the Probation Office for an investigation and report and the matter is continued to **Monday,  July 15, 2019, at 8:30 a.m.** for sentencing.

√   The Court vacates the jury trial date for this defendant.

√   The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear.

√   The government is to submit a proposed sentencing order setting sentencing schedule.  Continuances will be granted only on a specific showing of good cause.

___   Other: _____ .