Anthony M. Solis, SBN 198580
A Professional Law Corporation
23679 Calabasas Road, Suite 412
Calabasas, CA 91302-1502
213-489-5880 - Phone
anthonysolislaw@gmail.com

Attorney for Defendant
Gustavo Cortes-Saucedo

United States District Court

Central District of California

Western Division

| | |
|---|---|
| United States of America, | Case No.: 18-cr-466-DSF-12 |
| Plaintiff, | |
| | Gustavo Cortes-Saucedo's Letters in Support of Sentencing Position |
| v. | |
| Zirahuen Salgado Gonzalez, et al. | Date: October 28, 2019 |
| #12 - Gustavo Cortes-Saucedo | Time: 9:30 a.m. |
| | Courtroom: 7D |
| Defendants. | Hon. Dale S. Fischer |

Comes now the defendant, Gustavo Cortes-Saucedo, by and through his counsel of record, Anthony M. Solis, and submits three (3) letters in support of his sentencing position.

Dated: October 25, 2019

Anthony M. Solis,
A Professional Law Corporation

*Anthony M. Solis /s/*
_____
By: Anthony M. Solis,
Attorney for Defendant
Gustavo Cortes-Saucedo

September 27, 2019

To The Honorable Judge Dale S. Fischer
United States District Judge
350 West 1st Street
Los Angeles, CA 90012

I'm Emmanuel Morales, childhood friend of Mr. Gustavo Cortes-Saucedo. I've known Mr. Cortes Saucedo for twenty-eight years, and in different capacities beyond friendship. He and I are both aware of the gravity of the crime he was convicted of. This is not the man I know and I'd like to give a different perspective of my friend Gustavo.

Gustavo has always been an upright character. In our friendship he has really been there for me and always willing to help me. For example, when I purchased my first home, as a house warming gift he did all the concrete work needed on my home. He gave up his weekends and time to give me this gift. He refused payment, he simply asked for me to pay it forward.

Gustavo has shared his hopes and dreams with me. He aspired to become a general contractor, and I witnessed him work really hard to receive his contractor license. His work and craftsmanship is top tier that I've recommended to all of my family and friends.  Being a general contractor is definitely his element, this is where I see him shine the most. He has integrity and an exceptional work ethic, this is rare quality to find in general contractors nowadays.

 Gustavo is a great father to five beautiful children. He is protective, patient, encouraging and a provider. While it is unfortunate that he has made some bad decisions, and he is ready to accept responsibility for his actions. I know that he laments that his family will also have to pay the consequences of his actions.

 I hope my perspective of Mr. Gustavo Cortes-Saucedo provides a better picture of the person he is.


Sincerely,



Emmanuel Morales

Hon. Dale S. Fischer                                                                                          October 9,2019

United States District Judge

350 West 1st Street

Los Angeles, CA 90012

RE: Gustavo Cortes

Hello your Honor,

My name is Robert Escobar, equities investor with RBC Capital. Gustavo Cortes has been a lifelong friend of mine, we went to school together in the City of Carson, California. From the moment I met Gustavo he has been a person of a kind and giving nature, who has always been special toward his friends and family.

Always the caring person Gustavo pushed me to get up early to go to school and physically show up to wake me; I hated that! Now I appreciate the effort he put forth to making sure I was doing what I needed to do. I moved to Texas and life took us on different paths but as fortune has it, we reconnected just before I bought my home and here comes Gus rolling up his sleeves to help me turn my house into a home. he never like to see others be left behind and has always been so generous with everyone. With his family always a good son and worked hard to learn to perfect his father's craftmanship, to the point of earning his contractor's license in concrete works over 2 years ago.

In all honesty I am baffled by his actions because it is completely out of character of who Gus truly is as a person, I can't imagine the hardship or dire need he felt to get to this point but I can say this his effort and actions to do what is needed and asked of him is a testament of how he feels about his children, wife, mother, father, siblings and friends. Gustavo has stated his regret for his actions and sees god blessed him with two skillful hand and a mind full of imagination and intelligence which he uses to bring beauty, provide and care for his beautiful family.

I, just like his children, family and friends would like to be able to spend more time with Gustavo in the years to come; he brings joy, warmth and essence to our lives and we love him very much!

                                                                                                          Sincerely,

                                                                                                          Robert Escobar

September 26, 2019

Hon, Dale S. Fischer

United States District Judge

350 West 1st Street

Los Angeles, CA 90012


Honorable Dale S. Fischer,


   My name is Alfonso Valadez. Currently, I am Police Officer and business owner. I have served with my department since 2010. I have been on my department's gang team, neighborhood response team and prostitution team along with patrol work.


   I met Gustavo Cortes-Saucedo when we were 10 years old. Our families knew each other and we would see each other during gatherings.  As we got older and began our adolescence we hung out more. During my early twenties Gustavo and I along with other friends did what most normal guys would do at that age. Slowly but surely we all began to settle down and enter into the "real world" as we would often refer to it.


   I got married and started a family. Along with the responsibilities of raising a family and maintaining a household I was also began my career in law enforcement. As you can imagine my life became hectic and my friends began to see less and less of me. Gustavo was one of those friends who would check in on me to see how I was doing. He is thoughtful and always looked out for his friend's well-being. As busy as I was I there at every birth and birthday of this children. I respect and value his friendship that much to make sure to be there the same way he has always been there for me. There are very few people in life willing to help you move, fix a car, help you repair something at your house. Gustavo has done all of those things for me.

I am disappointed in the reckless decision he made to get himself into this situation. I am saddened for his parents, siblings, spouse and children. Being a Police Officer for the number of years I have been I know there are criminals and then there are people who make mistakes. Although I am unfamiliar with all of the particulars of his case I know Gustavo's heart and I believe this was a mistake. This is completely out of Gustavo's character and definitely not the Gustavo I know.

Judge, I ask that the court being willing to see Gustavo as not just another case but that of a man who made a terrible mistake. He has kids that need their father, he's their provider and their support system. A lengthy sentence could be irreparable damage for his children. Thank you for the consideration.